# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case #: 3:10-cv-440               Date: June 12, 2014

Robert Bean, *et. al.*     vs.     Steve Teague, *et. al.*

**PROCEEDINGS: Jury Trial, Day 4.** Parties announced a settlement has been reached as to all plaintiffs.

---

HONORABLE KAREN K. CALDWELL, UNITED STATES DISTRICT JUDGE PRESIDING

---

Jason Huffaker          Netta Kocuba           David W. Garrison/Scott P. Tift
**Deputy Clerk**        **Court Reporter**     **Attorneys for Plaintiffs**

Arthur F. Knight, III
**Attorney for Defendants**

- ☐ Witnesses sworn    ☐ Exhibits admitted
- ☐ Introduction of evidence for plaintiff    ☐ begun ☐ resumed ☐ concluded
- ☐ Introduction of evidence for defendant   ☐ begun ☐ resumed ☐ concluded
- ☐ Rebuttal evidence offered    ☐ Surrebuttal evidence offered
- ☐ Motion for directed verdict    ☐ granted ☐ denied ☐ submitted
- ☐ Argument of counsel    ☐ Jury charged
- ☐ Case continued to  at  for further trial
- ☐ Jury retired to deliberate at , Jury returned at
- ☐ Jury verdict
- ☐ Jury polled    ☐ Polling waived

9:40-9:45
10:00-10:05