UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSE
KNOXVILLE DIVISION

| | |
|---|---|
| ROBERT BEAN, CARL S. BIVENS, MALCHIAH D. BIVENS, JAMES T. BRYANT, RAYMOND DAVID CLINE, JIMMY R. CLINE, ROBERT W. COUCH, GARY FREEMAN, CHARLES GIBSON, JOEL HOLLINGSHEAD, JOE McNABB, MICHAEL D. MILLSAPS, RALPH MOSER, FLOYD SHAFFER, SAMUEL O. SMITH, JR., WILLIAM M. STEWART, III, and DONNY WATTENBARGER, *Plaintiffs,* v. STEVE TEAGUE, individually and in his official capacity as MONROE COUNTY ROAD SUPERINTENDANT, and MONROE COUNTY, TENNESSEE, *Defendants.* | CIVIL ACTION CASE NO. 3:10-cv-440 JURY TRIAL DEMANDED CALDWELL/SHIRLEY |

## STIPULATION OF DISMISSAL

COME the parties by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41 and hereby stipulate that the claims against Steve Teague and Monroe County, Tennessee should be dismissed with prejudice. The parties hereby represent that this action is not subject to Federal Rule of Civil Procedure 23, 66 or any other applicable federal statute prohibiting its dismissal.

Respectfully submitted this 20th day of June, 2014.

/s/Scott Tift
DAVID W. GARRISON, BPR#024968
SCOTT TIFT, BPR#027592

1

Barrett Johnston, LLC
217 2nd Ave. N.
Nashville, TN 37201-1601
(615) 244-2202
dgarrison@barrettjohnston.com
stift@barrettjohnston.com

NED PILLERSDORF
Pillersdorf, DeRossett & Lane
124 West Court Street
Prestonburg, KY 41653
(606) 886-6090
pillersn@bellsouth.net

*Counsel for the Plaintiffs*

/s/ Arthur F. Knight, III
ARTHUR F. KNIGHT, III, BPR#016178
Taylor & Knight, G.P.
800 S. Gay Street, Suite 600
Knoxville, TN 37929
(865) 971-1701
amber@taylorknighlaw.com

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Arthur F. Knight, III
Arthur F. Knight, III

2